FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 MAR 16 PM 1:30

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| **Plaintiff,** | * | CASE NO. 1:14-cv-03597-ELH |
| v. | * | |
| JOHN DOE subscriber assigned IP address 76.21.133.186, | * | |
| | * | |
| **Defendant.** | * | |

## ORDER GRANTING PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE JOHN DOE DEFENDANT WITH A SUMMONS AND COMPLAINT

THIS CAUSE having come before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve John Doe Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

**ORDER AND ADJUDGE:** Plaintiff's Motion is granted. Plaintiff shall have ~~at least~~ until forty five (45) days after the deposition date or until May 22, 2015 to effectuate service on the Defendant.

DONE AND ORDERED this 16th day of March, 2015.

By _____
**ELLEN L. HOLLANDER,**
**UNITED STATES DISTRICT JUDGE**

1